# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES O'BRIEN, an individual; and SHANNON O'BRIEN, an individual, <br> Plaintiffs, <br> v. <br> FCA US LLC, a Delaware Limited Liability Company; and DOES 1 to 20, Inclusive, <br> Defendants. | Case No. 1:18-cv-00695-AWI-EPG <br><br> **ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE** <br><br> (ECF No. 8) |

On September 4, 2018, the plaintiffs in this action filed a notice of dismissal. (ECF No. 8). Thus, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **September 5, 2018**      /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

1